JEANNE SCHERER, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
LUCILLE Y. BACA, Assistant Chief Counsel
DEREK S. VAN HOFTEN (SBN 226880)
STACY J. LAU (SBN 254507)
BRANDON S. WALKER (SBN 254851)
MICHAEL A.G. EINHORN (SBN 252462)
111 Grand Avenue, Suite 11-100, Oakland, CA  94612
Telephone:  (510) 433-9100, Facsimile:  (510) 433-9167

Attorneys for Defendants CALIFORNIA DEPARTMENT
OF TRANSPORTATION; MALCOLM DOUGHERTY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COYOTE VALLEY BAND OF POMO INDIANS OF CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>  Defendants. | NO. 4:15-cv-04987-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE FOR FURTHER SETTLEMENT DISCUSSIONS** AS MODIFIED HEREIN<br><br>Dept.:    Courtroom 5<br>Judge:   Hon. Jeffrey S. White |

WHEREAS, on April 22, 2016, a settlement conference was held before the Honorable Magistrate Judge Elizabeth D. Laporte, with all parties and their counsel in attendance (ECF 43, 45);

WHEREAS, at the conclusion of the settlement conference, the parties and Judge Laporte agreed that further settlement discussions would be worthwhile, and agreed to such discussions continuing over the next two weeks, including a subsequent meeting set for May 4, 2016 (ECF 45);

WHEREAS, in light of these additional settlement discussions, the parties agreed at the settlement conference that a short extension of the current case schedule is warranted (ECF 45);

WHEREAS, in light of this agreement, the parties also requested that Judge Laporte communicate directly with Judge White regarding this proposed schedule (ECF 45);

1

NOW THEREFORE, by and through their undersigned counsel, the parties do hereby stipulate as follows:

1. The date for lodging the administrative records in this action, currently set for May 9, 2016 (ECF 41), shall be extended two weeks to May 23, 2016, and any motion to extend that deadline further shall be filed by May 6, 2016.
2. The date for motions regarding disputes over the contents of the administrative records, currently set for May 23 (ECF 41), shall be extended two weeks to June 6, 2016.
3. The Case Management Conference, currently set for June 10, 2016, shall, at the Court's discretion, be continued accordingly to a date to be set by the Court.

DATED: April 25, 2016

JEANNE SCHERER
DAVID GOSSAGE
LUCILLE Y. BACA
DEREK S. VAN HOFTEN
STACY LAU
BRANDON WALKER

By: /s/ Derek S. van Hoften
Attorneys for Defendants
CALIFORNIA DEPARTMENT OF TRANSPORTATION; MALCOLM DOUGHERTY

DATED: April 25, 2016

COTCHETT, PITRE & McCARTHY, LLP

By: /s/ Philip L. Gregory
PHILIP L. GREGORY
Attorneys for Plaintiffs

DATED: April 25, 2016

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

By: /s/ David B. Glazer
DAVID B. GLAZER
Attorney for Federal Defendants

2

STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE FOR FURTHER SETTLEMENT DISCUSSIONS –
Case No. 4:15-cv-04987-JSW

1 ~~[PROPOSED]~~ ORDER AS MODIFIED

2 IT IS HEREBY ORDERED THAT:

3     Pursuant to stipulation of the parties, the case schedule in this matter is hereby amended as
4 follows:

5   1. The administrative records in this action shall be lodged by May 23, 2016, and any motions
6      to extend that deadline shall be filed by ~~May 6, 2016~~. May 2, 2016.****

7   2. Any motions regarding disputes over the contents of the administrative records shall be filed
8      by June 6, 2016.

9   3. The Case Management Conference, currently set for June 10, 2016, is continued to
10     __July 8_____, 2016 at __11:00 a.m.__. The parties' joint case management statement shall be due
11     on July 1, 2016.

12     IT IS SO ORDERED.

13

14 Dated: __April 26, 2016_____        _____/s/ Jeffrey S. White_____
15                                      HON. JEFFREY S. WHITE
                                         United States District Judge
16

17 ****  The Court will be unavailable between May 6, 2016 and May 23, 2016. The Court wishes to
18 resolve any requests for further extension before it is unavailable. Hence, if Defendants believe additional
   time will be required, they must submit a request for that extension by 3:00 p.m. on May 2, 2016.
19 Plaintiffs shall respond by 3:00 p.m. on May 3, 2016.